ARTHUR GRESHAM v. BOROUGH OF SEA BRIGHT.

June 15, 1976. Petition for certification denied.

IN RE. APPLICATION FOR THE COMMITMENT OF ETHEL CLARK TO THE ESSEX COUNTY HOSPITAL CENTER.

June 15, 1976. Petition for certification denied.

MARLON RODGERS v. PASSAIC HOUSING AUTHORITY.

June 15, 1976. Petition for certification denied. (See 139 *N. J. Super.* 569)

STELLA GIAMMARCO v. EMILIO GIAMMARCO.

June 15. 1976. Petition for certification denied.

HOWARD D. EASLING v. THE EGG HARBOR TWP. MUNICIPAL UTILITIES AUTHORITY.

June 15, 1976. Petition for certification denied.

THE SOLID WASTE INDUSTRY COUNCIL v. NEW JERSEY STATE DEPT. OF ENVIRONMENTAL PROTECTION.

June 15, 1976. Petition for certification denied.